**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS A. TRAX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**LIFELOCK, INC.,**<br><br>Defendant. | **Case No.:** 3:15-CV-00220-MMA-WVG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff THOMAS A. TRAX ("Plaintiff") hereby moves to voluntarily dismiss the above-captioned action, without prejudice as to the named Plaintiff; and without prejudice as to the claims of putative class members.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.[1]

Respectfully submitted,

Dated: May 11, 2015       **KAZEROUNI LAW GROUP, APC**

BY: /s/ Mona Amini, Esq.
    Abbas Kazerounian, Esq.
    Mona Amini, Esq.
    Attorneys for Plaintiff

---

[1] This dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010).

Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626